# EXHIBIT "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------X
CERTIFIED LUMBER CORPORATION,                   Index No.: 518810/2022

                              Plaintiff,
- against-                                      **JUDGMENT**
                                                **(PROPOSED)**
SHAHBAZ SHER, SHAKER CONTRACTORS,
CORP., SHAKER CONTRACTING CORP. and
SHAKER CONSTRUCTION, INC.,

                              Defendants.

------------------------------------------------------------X

      This action, having been commenced by Plaintiff, CERTIFIED LUMBER CORPORATION, with the filing of the Summons and Verified Complaint, a copy of which was served upon Defendant, SHAHBAZ SHER, pursuant to section 308(2) of the Civil Practice Law and Rules ("CPLR"), on July 6, 2022, via suitable age and discretion personal service; and copies of which were served, pursuant to section 306 of the Business Corporation Law, via personal service upon the registered agent in the Corporation Division of the Department of State, upon SHAKER CONTRACTORS, CORP., on July 27, 2022, upon SHAKER CONTRACTING CORP., on July 27, 2022, and upon SHAKER CONSTRUCTION, INC., on July 26, 2022; and Defendants, SHAHBAZ SHER, SHAKER CONTRACTORS, CORP., SHAKER CONTRACTING CORP., and SHAKER CONSTRUCTION, INC., having failed to appear or serve a response or demand to the Summons and Verified Complaint; and it is

      FURTHER appearing that Defendants, SHAHBAZ SHER, SHAKER CONTRACTORS, CORP., SHAKER CONTRACTING CORP., and SHAKER CONSTRUCTION, INC.'s time to appear or serve a response or demand to the Summons and Verified Complaint has not been extended by Court Order, stipulation, or otherwise; and it is

FILED: KINGS COUNTY CLERK 09/06/2022 11:30 AM
NYSCEF DOC. NO. 18

24-04046-mew    Doc 1-1    Filed 12/17/24    Entered 12/17/24 16:22:23    Exhibit A
Judgment    Pg 3 of 4

INDEX NO. 518810/2022
RECEIVED NYSCEF: 09/06/2022

FURTHER appearing that additional notice has been served upon SHAHBAZ SHER, pursuant to Section §3215(g)(3)(i) of the CPLR, on August 9, 2022, by first class mail, in an envelope bearing the legend "personal and confidential" and not indicating on the outside of the envelope that the communication is from an attorney or concerns an alleged debt; and it is

FURTHER appearing that additional notice has been served upon SHAKER CONTRACTORS, CORP., SHAKER CONTRACTING CORP., and SHAKER CONSTRUCTION, INC., pursuant to Section §3215(g)(4)(i) of the CPLR, on August 9, 2022, by first class mail; and it is

NOW, upon the application of Plaintiff, CERTIFIED LUMBER CORPORATION, by its attorneys, Tamir Law Group, P.C., by Alexander Markus, Esq., it is

ADJUDGED ~~AND DECREED~~ that the Plaintiff, CERTIFIED LUMBER CORPORATION, having an address of 148 Classon Avenue, Brooklyn, New York 11205, does have judgment and recovers, jointly and severally, of the Defendants, SHAHBAZ SHER, 245 Throgs Neck Blvd., Bronx, New York 10465, Shaker Contractors, Corp., 245 Throgs Neck Blvd., Bronx, New York 10465, Shaker Contracting Corp., 2458 Hoffman Street, Bronx, New York 10458, and Shaker Construction, Inc., 245 Throgs Neck Blvd., Bronx, New York 10465, the sum certain amount of $445,989.83, together with interest at 9% per annum from May 4, 2021, in the amount of $53,260.11, attorneys' fees of 33% of the outstanding balance, totaling $147,176.64, and costs and disbursements totaling $610.00, for a total judgment of $647,036.58, and that Plaintiff have execution therefor.

JUDGMENT signed this ___6 th___ day of __Sep.__, 2022

KINGS COUNTY CLERK
FILED
2022 SEP 06 AM 10:20

_Nancy T. Sunshine_
Clerk

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------X

CERTIFIED LUMBER CORPORATION,                        Index No.: 518810/2022

                      Plaintiff,

- against-                                           **BILL OF COSTS**

SHAHBAZ SHER, SHAKER CONTRACTORS,
CORP., SHAKER CONTRACTING CORP, and
SHAKER CONSTRUCTION, INC.,

                      Defendants.

-----------------------------------------------------------------X

COSTS
    Before Note of Issue ………………………………..         $200.00

DISBURSEMENTS
    Fee for index Number……………………………..         $ 210.00
    Serving copy of Summons and Complaint….          $ 160.00
    Prospective Marshal's Fee…………………………         $  40.00

COSTS………………………………………                                $200.00
DISBURSEMENTS…………                                    $410.00
TOTAL……………………                                        $610.00

**FILED**
2022 SEP 06 AM 10:16
**KINGS COUNTY CLERK**
FEE  $610.00

STATE OF NEW YORK ) ss.:                          **ATTORNEY'S AFFIRMATION**

COUNTY OF NEW YORK )

The undersigned, an attorney admitted to practice in the Courts of this State, affirms that he is a member of Tamir Law Group, P.C., attorneys for the Plaintiff in the above-entitled action; that the foregoing costs and disbursements have been or will necessarily be made or incurred in this action and are reasonable in amount. The undersigned affirms that the foregoing statements are true, under penalties of perjury.

    Dated: New York, New York
           September 2, 2022                          By: /S/Alexander Markus
                                                          Alexander Markus