# EXHIBIT "C"

FILED: KINGS COUNTY CLERK 11/21/2022 01:36 PM
NYSCEF DOC. NO. 24

24-04046-mew    Doc 1-3    Filed 12/17/24    Entered 12/17/24 16:22:23    Exhibit G
Transcript    Pg 2 of 8

INDEX NO. 518810/2022
RECEIVED NYSCEF: 11/21/2022

Page 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------X
CERTIFIED LUMBER CORPORATION,

                       PLAINTIFF,

    -against-        Index No:
                      518810/2022

SHAHBAZ SHER, SHAKER CONTRACTORS, CORP.,
SHAKER CONTRACTING CORP. and SHAKER
CONSTRUCTION, INC.,

                       DEFENDANTS.
------------------------------------------X

                  DATE: November 1, 2022
                  TIME: 10:49 A.M.

    STATEMENT in the above-entitled matter, at the above date and time, held via videoconference, before Sophia Toribio, a Shorthand Reporter and Notary Public in and of the State of New York.

Page 2

1
2      A P P E A R A N C E S:
3
4      TAMIR LAW GROUP, P.C.
          Attorneys for the Plaintiff
5         CERTIFIED LUMBER CORPORATION
          866 United Nations Plaza, Suite 481
6         New York, New York 10017
          BY: ALEXANDER MARKUS, ESQ.
7         (Via videoconference)
8
9      SHAHBAZ SHER
          Defendant Pro Se
10        245 Throgs Neck Boulevard
          Bronx, New York 10465
11        (NOT PRESENT)
12
13
14                    *          *          *
15
16
17
18
19
20
21
22
23
24
25

FILED: KINGS COUNTY CLERK 11/21/2022 01:36 PM
NYSCEF DOC. NO. 24
INDEX NO. 518810/2022
RECEIVED NYSCEF: 11/21/2022

24-04046-mew    Doc 1-3    Filed 12/17/24    Entered 12/17/24 16:22:23    Exhibit C -
Transcript    Pg 4 of 8

Page 3

```
 1
 2         MR. MARKUS:   Good morning.
 3    This is Alexander Markus of Tamir Law
 4    Group.  This office represents the
 5    Plaintiff/Creditor in this lawsuit,
 6    the company of Certified Lumber
 7    Corporation.
 8         We're here this morning
 9    pursuant to a Restraining Notice With
10    Subpoena Duces Tecum And To Testify
11    dated September 20, 2022, that was
12    served upon Shahbaz Sher on
13    September 27, 2022.  That document
14    called for the production of various
15    documents to be made to our office on
16    or before October 25, 2022, however,
17    we have not received any document
18    production from Mr. Sher nor have we
19    heard from him or anyone else on his
20    behalf about the Subpoena that was
21    served upon him.
22         The Subpoena also called for
23    his appearance in our office this
24    morning at 10:00 on November 1st of
25    2022.  It is now 10:49 in the
```

FILED: KINGS COUNTY CLERK 11/21/2022 01:36 PM
NYSCEF DOC. NO. 24
INDEX NO. 518810/2022
RECEIVED NYSCEF: 11/21/2022

24-04046-mew    Doc 1-3    Filed 12/17/24    Entered 12/17/24 16:22:23    Exhibit C
Transcript    Pg 5 of 8

Page 4

morning. Mr. Sher has failed to appear and no one from this office has heard for him or anyone else on his behalf as to why he could not be here this morning and/or to seek an extension or adjournment of this morning's deposition.

This office will move forward seeking judicial intervention in an attempt to compel Mr. Sher's appearance for a deposition, to compel the document production that was requested and ignored and/or for an order finding him in contempt.

Of course, we also, on behalf of our client, reserve any and all rights they may have.

(Whereupon, at 10:50 A.M., the above matter concluded.)

\*         \*         \*

FILED: KINGS COUNTY CLERK 11/21/2022 01:36 PM
NYSCEF DOC. NO. 24
INDEX NO. 518810/2022
RECEIVED NYSCEF: 11/21/2022

24-04046-mew    Doc 1-3    Filed 12/17/24    Entered 12/17/24 16:22:23    Exhibit C
Transcript    Pg 6 of 8

Page 5

1
2      I, SOPHIA TORIBIO, a Notary
3 Public for and within the State of
4 New York, do hereby certify that the
5 above is a correct transcription of
6 my stenographic notes.
7
8                    *[signature: Sophia Toribio]*
                     SOPHIA TORIBIO
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

FILED: KINGS COUNTY CLERK 11/21/2022 01:36 PM
NYSCEF DOC. NO. 24

24-04046-mew    Doc 1-3    Filed 12/17/24    Entered 12/17/24 16:22:23    Exhibit C
Transcript    Pg 7 of 8

INDEX NO. 518810/2022
RECEIVED NYSCEF: 11/21/2022

[1 - r]                                                                                                   Page 1

**1**
1  1:12
10017  2:6
10465  2:10
10:00  3:24
10:49  1:13 3:25
10:50  4:19
1st  3:24

**2**
20  3:11
2022  1:12 3:11 3:13,16,25
245  2:10
24530  5:8
25  3:16
27  3:13

**4**
481  2:5

**5**
518810/2022  1:6

**8**
866  2:5

**a**
a.m.  1:13 4:19
adjournment  4:7
alexander  2:6 3:3
appear  4:3
appearance  3:23 4:12
attempt  4:11
attorneys  2:4

**b**
behalf  3:20 4:5 4:16
boulevard  2:10
bronx  2:10

**c**
c  2:2
called  3:14,22
certified  1:3 2:5 3:6
certify  5:4
client  4:17
company  3:6
compel  4:11,13
concluded  4:20
construction  1:8
contempt  4:15
contracting  1:7
contractors  1:7
corp  1:7,7
corporation  1:3 2:5 3:7
correct  5:5
county  1:2
course  4:16
court  1:2
creditor  3:5

**d**
date  1:12,16
dated  3:11
defendant  2:9
defendants  1:9
deposition  4:8 4:12
document  3:13 3:17 4:13

documents  3:15
duces  3:10

**e**
e  2:2,2
entitled  1:15
esq  2:6
extension  4:7

**f**
failed  4:2
finding  4:15
forward  4:9

**g**
good  3:2
group  2:4 3:4

**h**
heard  3:19 4:4
held  1:16

**i**
ignored  4:14
index  1:5
intervention  4:10

**j**
judicial  4:10

**k**
kings  1:2

**l**
law  2:4 3:3
lawsuit  3:5
lumber  1:3 2:5 3:6

**m**
markus  2:6 3:2,3

matter  1:16 4:20
morning  3:2,8 3:24 4:2,6
morning's  4:8
move  4:9

**n**
n  2:2
nations  2:5
neck  2:10
new  1:2,19 2:6,6 2:10 5:4
notary  1:18 5:2
notes  5:6
notice  3:9
november  1:12 3:24

**o**
october  3:16
office  3:4,15,23 4:3,9
order  4:15

**p**
p  2:2,2
p.c.  2:4
plaintiff  1:4 2:4 3:5
plaza  2:5
present  2:11
pro  2:9
production  3:14 3:18 4:13
public  1:18 5:3
pursuant  3:9

**r**
r  2:2

FILED: KINGS COUNTY CLERK 11/21/2022 01:36 PM
NYSCEF DOC. NO. 24

24-04046-mew    Doc 1-3    Filed 12/17/24    Entered 12/17/24 16:22:23    Exhibit G
Transcript    Pg 8 of 8

INDEX NO. 518810/2022
RECEIVED NYSCEF: 11/21/2022

**[received - york]**  Page 2

| | |
|---|---|
| received 3:17 | throgs 2:10 |
| reporter 1:18 | time 1:13,16 |
| represents 3:4 | toribio 1:17 5:2 |
| requested 4:14 | 5:8 |
| reserve 4:17 | transcription |
| restraining 3:9 | 5:5 |
| rights 4:18 | **u** |
| **s** | united 2:5 |
| s 2:2 | **v** |
| se 2:9 | various 3:14 |
| seek 4:6 | videoconference |
| seeking 4:10 | 1:17 2:7 |
| september 3:11 | **x** |
| 3:13 | x 1:3,9 |
| served 3:12,21 | **y** |
| shahbaz 1:7 2:9 | york 1:2,19 2:6,6 |
| 3:12 | 2:10 5:4 |
| shaker 1:7,7,7 | |
| sher 1:7 2:9 3:12 | |
| 3:18 4:2 | |
| sher's 4:11 | |
| shorthand 1:18 | |
| signature 5:8 | |
| sophia 1:17 5:2 | |
| 5:8 | |
| state 1:2,19 5:3 | |
| statement 1:15 | |
| stenographic 5:6 | |
| subpoena 3:10 | |
| 3:20,22 | |
| suite 2:5 | |
| supreme 1:2 | |
| **t** | |
| tamir 2:4 3:3 | |
| tecum 3:10 | |
| testify 3:10 | |