# EXHIBIT "E"

At an IAS Term, Part 83 of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, at 360 Adams Street, Brooklyn, New York, on the 14th day of MAY, 2024.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------X
CERTIFIED LUMBER CORPORATION,

          Plaintiff,

-against-

SHAHBAZ SHER, SHAKER CONTRACTORS, CORP., SHAKER CONTRACTING CORP. and SHAKER CONSTRUCTION, INC.,

          Defendants.
-----------------------------------------------------------X

Index No. 518810/2022

**WARRANT**

**TO THE SHERIFF OF KINGS COUNTY:**

**GREETINGS:**

    **YOU ARE HEREBY COMMANDED** to apprehend Shahbaz Sher of 245 Throgs Neck Blvd., Bronx, NY 10465, and bring him to Kings County Supreme Court, located at 360 Adams Street, Brooklyn, NY 11201 for a hearing due to his refusal to be examined and refusal to produce specified items without reasonable cause pursuant to a Restraining Notice with Subpoena Duces Tecum and To Testify duly served when ordered to do so by this Court pursuant to Order, dated April 26, 2023.

                                                        _____
                                                        HON. INGRID JOSEPH, J.S.C.
                                                        Hon. Ingrid Joseph
                                                        Supreme Court Justice