UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                                                                  Case No.: 24-11677-mew

SHAHBAZ SHER,                                                               Chapter 7

                       Debtor.
-------------------------------------------------------X
CERTIFIED LUMBER CORPORATION,
                                                                Adv. Pro. No. 24-04046-mew
                    Plaintiff,

      -against-                                                            **AFFIDAVIT OF SERVICE**

SHAHBAZ SHER,

                   Defendant.
-------------------------------------------------------X

STATE OF NEW YORK    )
                                  ) ss
COUNTY OF NASSAU    )

       Amanda Sanchez, being duly sworn, deposes and says:  I am not a party to this action, I am over 18 years of age, and I reside in Greenlawn, New York.

       On December 18, 2024 I served the **Summons and Notice of Pretrial Conference in an Adversary Proceeding dated December 18, 2024, with Complaint dated December 17, 2024, with Exhibits,** by depositing a true copy of same in a postage-paid, properly-addressed envelope by First Class Mail, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York as follows:

TO:    Shahbaz Sher                                 Peter T. Nguyen, Esq.
          245 Throgsneck Boulevard            Park & Nguyen
          Bronx, NY 10465                         1809 Paulding Avenue, 2nd Floor
                                                                    Bronx, NY 10462

                                                                    */s/ Amanda Sanchez*
                                                                    Amanda Sanchez

Sworn to before me this
18th day of December, 2024.

 */s/ Mark E. Cohen*
Mark E. Cohen
Notary Public – State of New York
No. 02CO4983573
Qualified in Nassau County
Commission Expires September 21, 2025