PRYOR & MANDELUP, L.L.P.
Attorneys for Plaintiff
675 Old Country Road
Westbury, NY 11590
Telephone: (516) 997-0999
Mark E. Cohen, Esq.
mec@pryormandelup.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                    Case No.: 24-11677-mew

SHAHBAZ SHER,                                                 Chapter 7

                Debtor.
-------------------------------------------------------X
CERTIFIED LUMBER CORPORATION,
                                                        Adv. Pro. No. 24-04046-mew
                Plaintiff,

    -against-

SHAHBAZ SHER,

                Defendant.
-------------------------------------------------------X

**AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 7055-1 FOR THE
ISSUANCE OF A CERTIFICATE OF DEFAULT**

STATE OF NEW YORK    )
                                  ) ss:
COUNTY OF NASSAU     )

       Mark E. Cohen, being duly sworn, deposes and says:

       1.     I am a partner of the law firm of Pryor & Mandelup, L.L.P., attorneys for Certified Lumber Corporation ("Plaintiff"), the plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), and I am an attorney duly admitted to practice in the courts of the State of New York, and the Federal Courts in the Eastern and Southern Districts of New York.

1

2. This affidavit is submitted in accordance with Local Bankruptcy Rule 7055-1 requesting that the Clerk of the Court issue a Certificate of Default against Shahbaz Sher ("Debtor/Defendant"), the debtor in the above-captioned Chapter 7 case, and defendant in the Adversary Proceeding.

3. Upon information and belief, Debtor/Defendant is not an infant, in the military, or an incompetent person.

4. On December 18, 2024, and pursuant to Bankruptcy Rule 7004(b)(1), Plaintiff's counsel served upon Debtor/Defendant the Summons and Notice of Pretrial Conference in an Adversary Proceeding dated December 18, 2024 (the "Summons"), and Complaint dated December 17, 2024 (the Complaint, and with the Summons, the "Pleadings"), by First Class Mail in an official depository under the exclusive care and custody of the United States Post Office within the State of New York to 245 Throgsneck Boulevard, Bronx, NY 10465.  Annexed hereto as Exhibit "A" is a true copy of the Affidavit of Service (the "Affidavit of Service") which appears on the docket of the Adversary Proceeding at AP ECF #3.

5. On December 18, 2024, and pursuant to Bankruptcy Rule 7004(g), Plaintiff's counsel served the Pleadings upon Debtor/Defendant's counsel, Peter T. Nguyen, Esq. of the law firm of Park & Nguyen, by First Class Mail in an official depository under the exclusive care and custody of the United States Post Office within the State of New York to 1809 Paulding Avenue, 2nd Floor, Bronx, NY 10462.  See, Exhibit "A".

6. As of the date of this Affidavit, Debtor/Defendant has failed to answer or otherwise respond to the Pleadings within the time set forth in the Summons Bankruptcy Rule 7012(a).

**WHEREFORE,** Plaintiff respectfully requests that the Clerk issue a Certificate of Default as a condition precedent to Plaintiff's filing of a motion for entry of a default against Debtor/Defendant.

*/s/ Mark E. Cohen*
Mark E. Cohen
Pryor & Mandelup, L.L.P.
Attorneys for Plaintiff
675 Old Country Road
Westbury, NY 11590
(516) 997-0999
mec@pryormandelup.com

Sworn to before me this
11th day of February 2025

*/s/ A. Scott Mandelup*
Mark E. Cohen
Notary Public – State of New York
No. 02MA4851672
Qualified in Nassau County
My Commission Expires January 6, 2026