# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Shahbaz Sher                                                                          Bankruptcy Case No.: 24–11677–mew

Certified Lumber Corporation

                                    Plaintiff(s),

–against–                                                                                              Adversary Proceeding No. 24–04046–mew

Shahbaz Sher

                                    Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Shahbaz Sher |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 2/12/25                                                                                         Vito Genna

                                                                                                                    *Clerk of the Court*

                                                                                                                    By: /s/  Mary Lopez

                                                                                                                    *Deputy Clerk*