# Notice Recipients

District/Off: 0208−1     User: admin     Date Created: 2/12/2025
Case: 24−04046−mew     Form ID: clkdflt     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft          Shahbaz Sher          245 Throgsneck Boulevard          Bronx, NY 10465

TOTAL: 1