# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Shahbaz Sher                                      Bankruptcy Case No.: 24−11677−mew

Certified Lumber Corporation

                                Plaintiff(s),

−against−                                                Adversary Proceeding No. 24−04046−mew

Shahbaz Sher

                                Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Shahbaz Sher |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 2/12/25

                                                                                                Vito Genna

                                                                                                *Clerk of the Court*

                                                                                                By: /s/  Mary Lopez

                                                                                                *Deputy Clerk*

United States Bankruptcy Court

Southern District of New York

Certified Lumber Corporation,
    Plaintiff

Sher,
    Defendant

Adv. Proc. No. 24-04046-mew

# CERTIFICATE OF NOTICE

District/off: 0208-1      User: admin      Page 1 of 1
Date Rcvd: Feb 12, 2025      Form ID: clkdflt      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2025:**

**Recip ID**    **Recipient Name and Address**
dft    + Shahbaz Sher, 245 Throgsneck Boulevard, Bronx, NY 10465-3434

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2025 at the address(es) listed below:**

**Name**    **Email Address**

Mark E. Cohen
    on behalf of Plaintiff Certified Lumber Corporation mec@pryormandelup.com

TOTAL: 1