PRYOR & MANDELUP, L.L.P.
Attorneys for Plaintiff
675 Old Country Road
Westbury, NY 11590
Telephone: (516) 997-0999
Mark E. Cohen, Esq.
mec@pryormandelup.com

                              Motion Date: April 8, 2025
                              Motion Time: 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re                                                                     Case No. 24-11677-mew

SHABBAZ SHER,                                          Chapter 7

                           Debtor.
---------------------------------------------------------------X
CERTIFIED LUMBER CORPORATION,              Adv. Pro. No. 24-04046-mew

                         Plaintiff,

            -against-                               **NOTICE OF MOTION FOR
                                                        ENTRY OF A DEFAULT
                                                        JUDGMENT AGAINST
SHABBAZ SHER,                                          DEFENDANT**

                         Defendant.
---------------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that on April 8, 2025, at 10:00 a.m., or as soon thereafter as counsel can be heard, a hearing will be held before the Honorable. Michael E. Wiles, United States Bankruptcy Judge, via Zoom for Government, on the motion ("Motion") of Certified Lumber Corporation ("Plaintiff"), the plaintiff in the above-captioned adversary proceeding ("Adversary Proceeding"), by its counsel, Pryor & Mandelup, L.L.P., for of an Order for Default Judgment, as provided in the proposed Order annexed hereto as **Exhibit "K"**, and the proposed

1

Judgment by Default annexed hereto as **Exhibit "L",** together with such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that as set forth at https://www.nysb.uscourts.gov/content/judge-sean-h-lane, (1) applicable Zoom for Government ("Zoomgov") hearing procedures are available at https://www.nysb.uscourts.gov/zoom-video-hearing-guide, and (2) parties who wish to appear must register for the Zoomgov hearing using the eCourt Appearance tool on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion must (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to cases in the United States Bankruptcy Court for the Southern District of New York; (c) be filed electronically with this Bankruptcy Court on the docket of the Adversary Proceeding by registered users of this Bankruptcy Court's electronic filing system and in accordance with the General Order M-399 (which is available on this Bankruptcy Court's website at http://www.nysb.uscourts.gov); and (d) be served so as to be actually received by **April 1, 2025 at 4 pm ET ("Objection Deadline")**, by: (i) the Chambers of the Honorable Michael E. Wiles, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; (ii) Pryor & Mandelup, L.L.P., 675 Old Country Road, Westbury, New York 11590, attorneys for Plaintiff, Attn: Mark E. Cohen, Esq.,  (iii) Gregory M. Messer, Esq., Chapter 7 Trustee, Law Offices of Gregory Messer PLLC, 26 Court Stret, Suite 2400, Brooklyn, New York 11242, and (iv) Office of the United States Trustee, Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York,

2

New York 10004; and (vi) any parties that have appeared and requested notice pursuant to the Bankruptcy Rules.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Motion is filed with the Bankruptcy Court by the Objection Deadline, with proof of service, Plaintiff may submit to the Bankruptcy Court an Order and Judgment substantially in the form of the proposed Order and Judgment attached to the Motion, which Order and Judgment may be entered with no further notice or opportunity to be heard.

Dated: Westbury, New York
      March 11, 2025

                                        PRYOR & MANDELUP, L.L.P.
                                        Attorneys for Plaintiff

                By:    */s/ Mark E. Cohen*_____
                         Mark E. Cohen
                      675 Old Country Road
                      Westbury, New York 11590
                      516-997-0999
                      mec@pryormandelup.com