# EXHIBIT "C"

FILED: KINGS COUNTY CLERK 11/21/2022 01:36 PM
NYSCEF DOC. NO. 24
INDEX NO. 518810/2022
RECEIVED NYSCEF: 11/21/2022

24-04046-mew    Doc 7-5    Filed 03/11/25    Entered 03/11/25 14:09:53    Exhibit G
Transcript    Pg 2 of 8

Page 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------X
CERTIFIED LUMBER CORPORATION,

                               PLAINTIFF,

    -against-           Index No:
                          518810/2022

SHAHBAZ SHER, SHAKER CONTRACTORS, CORP.,
SHAKER CONTRACTING CORP. and SHAKER
CONSTRUCTION, INC.,

                            DEFENDANTS.
-------------------------------------X


                   DATE: November 1, 2022
                   TIME: 10:49 A.M.

     STATEMENT in the above-entitled matter, at the above date and time, held via videoconference, before Sophia Toribio, a Shorthand Reporter and Notary Public in and of the State of New York.

```
 1
 2    A P P E A R A N C E S:
 3
 4    TAMIR LAW GROUP, P.C.
         Attorneys for the Plaintiff
 5       CERTIFIED LUMBER CORPORATION
         866 United Nations Plaza, Suite 481
 6       New York, New York 10017
         BY: ALEXANDER MARKUS, ESQ.
 7       (Via videoconference)
 8
 9    SHAHBAZ SHER
         Defendant Pro Se
10       245 Throgs Neck Boulevard
         Bronx, New York 10465
11       (NOT PRESENT)
12
13
14                    *         *         *
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

2    MR. MARKUS: Good morning.
3  This is Alexander Markus of Tamir Law
4  Group. This office represents the
5  Plaintiff/Creditor in this lawsuit,
6  the company of Certified Lumber
7  Corporation.
8        We're here this morning
9  pursuant to a Restraining Notice With
10 Subpoena Duces Tecum And To Testify
11 dated September 20, 2022, that was
12 served upon Shahbaz Sher on
13 September 27, 2022. That document
14 called for the production of various
15 documents to be made to our office on
16 or before October 25, 2022, however,
17 we have not received any document
18 production from Mr. Sher nor have we
19 heard from him or anyone else on his
20 behalf about the Subpoena that was
21 served upon him.
22       The Subpoena also called for
23 his appearance in our office this
24 morning at 10:00 on November 1st of
25 2022. It is now 10:49 in the

FILED: KINGS COUNTY CLERK 11/21/2022 01:36 PM
NYSCEF DOC. NO. 24
INDEX NO. 518810/2022
RECEIVED NYSCEF: 11/21/2022
24-04046-mew    Doc 7-5    Filed 03/11/25    Entered 03/11/25 14:09:53    Exhibit C
Transcript    Pg 5 of 8

Page 4

```
 1
 2   morning.  Mr. Sher has failed to
 3   appear and no one from this office
 4   has heard for him or anyone else on
 5   his behalf as to why he could not be
 6   here this morning and/or to seek an
 7   extension or adjournment of this
 8   morning's deposition.
 9           This office will move forward
10   seeking judicial intervention in an
11   attempt to compel Mr. Sher's
12   appearance for a deposition, to
13   compel the document production that
14   was requested and ignored and/or for
15   an order finding him in contempt.
16           Of course, we also, on behalf
17   of our client, reserve any and all
18   rights they may have.
19           (Whereupon, at 10:50 A.M., the
20   above matter concluded.)
21
22           *           *           *
23
24
25
```

FILED: KINGS COUNTY CLERK 11/21/2022 01:36 PM
NYSCEF DOC. NO. 24
INDEX NO. 518810/2022
RECEIVED NYSCEF: 11/21/2022

24-04046-mew    Doc 7-5    Filed 03/11/25    Entered 03/11/25 14:09:53    Exhibit C
Transcript    Pg 6 of 8

Page 5

1
2    I, SOPHIA TORIBIO, a Notary
3    Public for and within the State of
4    New York, do hereby certify that the
5    above is a correct transcription of
6    my stenographic notes.
7
8                    *[signature]*
                    SOPHIA TORIBIO

| 1 | b | documents 3:15 | matter 1:16 4:20 |
|---|---|---|---|
| 1  1:12 | behalf  3:20 4:5 | duces  3:10 | morning  3:2,8 |
| 10017  2:6 | 4:16 | **e** | 3:24 4:2,6 |
| 10465  2:10 | boulevard  2:10 | e  2:2,2 | morning's  4:8 |
| 10:00  3:24 | bronx  2:10 | entitled  1:15 | move  4:9 |
| 10:49  1:13 3:25 | **c** | esq  2:6 | **n** |
| 10:50  4:19 | c  2:2 | extension  4:7 | n  2:2 |
| 1st  3:24 | called  3:14,22 | **f** | nations  2:5 |
| **2** | certified  1:3 2:5 | failed  4:2 | neck  2:10 |
| 20  3:11 | 3:6 | finding  4:15 | new  1:2,19 2:6,6 |
| 2022  1:12 3:11 | certify  5:4 | forward  4:9 | 2:10 5:4 |
| 3:13,16,25 | client  4:17 | **g** | notary  1:18 5:2 |
| 245  2:10 | company  3:6 | good  3:2 | notes  5:6 |
| 24530  5:8 | compel  4:11,13 | group  2:4 3:4 | notice  3:9 |
| 25  3:16 | concluded  4:20 | **h** | november  1:12 |
| 27  3:13 | construction  1:8 | heard  3:19 4:4 | 3:24 |
| **4** | contempt  4:15 | held  1:16 | **o** |
| 481  2:5 | contracting  1:7 | **i** | october  3:16 |
| **5** | contractors  1:7 | ignored  4:14 | office  3:4,15,23 |
| 518810/2022  1:6 | corp  1:7,7 | index  1:5 | 4:3,9 |
| **8** | corporation  1:3 | intervention | order  4:15 |
| 866  2:5 | 2:5 3:7 | 4:10 | **p** |
| **a** | correct  5:5 | **j** | p  2:2,2 |
| a.m.  1:13 4:19 | county  1:2 | judicial  4:10 | p.c.  2:4 |
| adjournment | course  4:16 | **k** | plaintiff  1:4 2:4 |
| 4:7 | court  1:2 | kings  1:2 | 3:5 |
| alexander  2:6 | creditor  3:5 | **l** | plaza  2:5 |
| 3:3 | **d** | law  2:4 3:3 | present  2:11 |
| appear  4:3 | date  1:12,16 | lawsuit  3:5 | pro  2:9 |
| appearance  3:23 | dated  3:11 | lumber  1:3 2:5 | production  3:14 |
| 4:12 | defendant  2:9 | 3:6 | 3:18 4:13 |
| attempt  4:11 | defendants  1:9 | **m** | public  1:18 5:3 |
| attorneys  2:4 | deposition  4:8 | markus  2:6 3:2,3 | pursuant  3:9 |
|  | 4:12 |  | **r** |
|  | document  3:13 |  | r  2:2 |
|  | 3:17 4:13 |  |  |

FILED: KINGS COUNTY CLERK 11/21/2022 01:36 PM
NYSCEF DOC. NO. 24

24-04046-mew   Doc 7-5   Filed 03/11/25   Entered 03/11/25 14:09:53   Exhibit G
                                Transcript   Pg 8 of 8

INDEX NO. 518810/2022
RECEIVED NYSCEF: 11/21/2022

[received - york]                                                    Page 2

| | |
|---|---|
| received 3:17 | throgs 2:10 |
| reporter 1:18 | time 1:13,16 |
| represents 3:4 | toribio 1:17 5:2 |
| requested 4:14 | 5:8 |
| reserve 4:17 | transcription |
| restraining 3:9 | 5:5 |
| rights 4:18 | |
| **s** | **u** |
| s 2:2 | united 2:5 |
| se 2:9 | **v** |
| seek 4:6 | various 3:14 |
| seeking 4:10 | videoconference |
| september 3:11 | 1:17 2:7 |
| 3:13 | **x** |
| served 3:12,21 | x 1:3,9 |
| shahbaz 1:7 2:9 | **y** |
| 3:12 | york 1:2,19 2:6,6 |
| shaker 1:7,7,7 | 2:10 5:4 |
| sher 1:7 2:9 3:12 | |
| 3:18 4:2 | |
| sher's 4:11 | |
| shorthand 1:18 | |
| signature 5:8 | |
| sophia 1:17 5:2 | |
| 5:8 | |
| state 1:2,19 5:3 | |
| statement 1:15 | |
| stenographic 5:6 | |
| subpoena 3:10 | |
| 3:20,22 | |
| suite 2:5 | |
| supreme 1:2 | |
| **t** | |
| tamir 2:4 3:3 | |
| tecum 3:10 | |
| testify 3:10 | |