# EXHIBIT "D"

At an IAS Part 83 of the Supreme Court of the State of New York held in and for the County of Kings at 360 Adams Street, Brooklyn, New York, on the 26th day of April 2023.

PRESENT: HON. INGRID JOSEPH, J.S.C.
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------X
CERTIFIED LUMBER CORPORATION,           Index No. 518810/2022
                    Plaintiff,

       -against-
                                        **ORDER**

SHAHBAZ SHER, SHAKER CONTRACTORS, CORP.,
SHAKER CONTRACTING CORP. and SHAKER     Motion Seq. No.: 2
CONSTRUCTION, INC.,
                    Defendants.
-----------------------------------------------------------------X

Plaintiff, Certified Lumber Corporation ("Plaintiff"), having duly moved this Court by Order to Show Cause, dated January 19, 2023 and entered January 30, 2023, for an Order: (i) pursuant to CPLR §§ 5223, 5224(a)(1) and (2) and 5251, and Judiciary Law §§ 753 and 773, holding Defendant Shahbaz Sher in contempt of Court for failing to comply with the Restraining Notice with Subpoena Duces Tecum and To Testify (the "Subpoena") issued by counsel for Plaintiff and served on September 27, 2022, requiring Defendant, Shahbaz Sher, to produce documents in connection with the enforcement of a Judgment entered against Defendants in the instant action and to appear for a deposition at the offices of counsel for Plaintiff; (ii) pursuant to Judiciary Law §§ 773 and 753, mandating that Defendant, Shahbaz Sher, be imprisoned and/or fined according to law and ordered to pay the reasonable attorneys' fees, costs and disbursements incurred by Plaintiff, Certified Lumber Corporation, in connection with this application; (iii) pursuant to 22 NYCRR 130-1.1 and 130-1.2, awarding to Plaintiff costs and sanctions, in the form of reimbursement for the reasonable attorneys' fees and costs incurred by Plaintiff in

1

connection with this motion which were incurred as a direct result of Defendant's frivolous conduct; (iv) requiring Defendant, Shahbaz Sher, to produce documentation and appear for a deposition, in accordance with the Subpoena, on a date designated by the Court; and (v) awarding Plaintiff such other and further relief as this Court deems just and proper under the circumstances, including but not limited to an award of the reasonable attorneys' fees and costs incurred in connection with the application;

AND, upon the reading and filing of the Affirmation in Support of Order to Show Cause of Alexander Markus, duly affirmed on January 13, 2023, the exhibits annexed thereto and the accompanying Memorandum of Law in support of Plaintiff's motion, and upon all the pleadings and proceedings heretofore had herein, and Defendant, Shahbaz Sher, having filed no opposition thereto;

AND, the Court having heard argument on the motion on April 20, 2023, and Defendant, Shahbaz Sher, having failed to appear at oral argument, notwithstanding service of notice thereof, and due deliberation having been had thereon;

**NOW**, upon Motion of Tamir Law Group PC, attorneys for the Plaintiff, it is hereby

**ORDERED**, that the branch of Plaintiff's motion which seeks an Order, pursuant to CPLR §§ 5223, 5224(a)(1) and (2) and 5251, and Judiciary Law §§ 753 and 773, holding Defendant, Shahbaz Sher, in contempt of Court for failing to comply with the Subpoena served on September 27, 2022, requiring Defendant, Shahbaz Sher, to appear for a deposition and to produce documents in connection with the enforcement of a judgment entered against Defendant, Shahbaz Sher, in the instant action, is granted; and it is further

**ORDERED**, that Defendant, Shahbaz Sher, has committed the misconduct charged, and is guilty of contempt of Court, which contempt was calculated to and actually did defeat, impair,

impede and prejudice the rights and remedies of Plaintiff, the judgment creditor herein; and it is further

**ORDERED**, that Defendant, Shahbaz Sher, may purge himself of contempt by both: (i) producing the documents demanded in the Subpoena to the offices of Tamir Law Group PC, 866 United Nations Plaza, Suite 481, New York, New York 10017, within thirty (30) days of service of a copy of this Order with Notice of Entry by personal service upon Defendant, Shahbaz Sher; and (iii) appearing and attending a deposition at Tamir Law Group PC, 866 United Nations Plaza, Suite 481, New York, New York 10017, or by virtual appearance[1], before a notary public or other officer authorized by law to administer an oath on July 20, 2023, at 10:00 AM, and at any recessed or adjourned date; and it is further

**ORDERED**, that in the event Defendant, Shahbaz Sher, should fail to purge this contempt, Defendant may be fined the sum of $250.00, as well and reasonable attorneys' fees incurred by Plaintiff as a result thereof, in an amount to be determined by the Court; and it is further

**ORDERED**, that in the event Defendant, Shahbaz Sher, should fail to purge this contempt, the Court upon notice may issue a Warrant of Commitment for his arrest, pursuant to Judiciary Law §753, directed to a sheriff or other enforcement officer of any jurisdiction in which Defendant, Shahbaz Sher, may be found, commanding such officer to arrest Defendant, Shahbaz Sher, forthwith and bring him to the court for a hearing.

Hon. Ingrid Joseph J.S.C.

**Hon. Ingrid Joseph**
**Supreme Court Justice**

---

[1] Upon receipt of this Order with Notice of Entry, Defendant Shahbaz Sher shall contact Tamir Law Group PC to be advised as to the specifics of the deposition.