# EXHIBIT "F"

At an IAS Term, Part 83 of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, at 360 Adams Street, Brooklyn, New York, on the 17th day of July, 2024.

P R E S E N T: HON. INGRID JOSEPH, J.S.C.
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
----------------------------------------------------------------X
CERTIFIED LUMBER CORPORATION,

                      Plaintiff,

-against-

                                    Index No.: 518810/2022

                                    <u>ORDER</u>

SHAHBAZ SHER, SHAKER CONTRACTORS, CORP.,
SHAKER CONTRACTING CORP. and SHAKER
CONSTRUCTION, INC.,

                      Defendants.
----------------------------------------------------------------X

On July 17, 2024, Defendant Shahbaz Sher ("Mr. Sher") was brought to Court on return of a warrant dated May 14, 2024 (the "Warrant") (NYSCEF Doc No. 46), issued after the Court found him in contempt for failing to comply with the Restraining Notice with Subpoena Duces Tecum and to Testify dated September 20, 2022 (the "Subpoena") (*see* NYSCEF Doc No. 39).

Following oral argument, the Court purges the contempt due to Mr. Sher's representation that he would contact an attorney and try to resolve this matter.

Accordingly, it is hereby

ORDERED, that the Warrant is vacated; and it is further

ORDERED, that Mr. Sher has until July 31, 2024, to contact an attorney; and it is further

ORDERED, that Mr. Sher and his attorney are directed to contact Plaintiff's counsel Alexander Markus to discuss a possible payment plan or settlement by August 7, 2024; and it is further

ORDERED, that if the parties are unable to reach a settlement, Mr. Sher is directed to comply with the Subpoena by August 14, 2024 or a date agreed upon by the parties but no later than August 28, 2024; and it is further

ORDERED, that should Mr. Sher fail to comply with the Subpoena, Mr. Sher is directed to voluntarily return to this Court on August 29, 2024, at 10AM in person. If Mr. Sher fails to appear, the Court may issue (1) a warrant for his arrest and (2) an order imposing a fine and awarding Plaintiff attorney's fees.

This constitutes the decision and order of the Court.

                                                               HON. INGRID JOSEPH, J.S.C.
                                                               Hon. Ingrid Joseph
                                                               Supreme Court Justice