# EXHIBIT "I"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| In re: | Case No.: 24-11677-mew |
| SHAHBAZ SHER, | Chapter 7 |
| Debtor. | |

---------------------------------------------------------X

| | |
|---|---|
| CERTIFIED LUMBER CORPORATION, | Adv. Pro. No. 24-04046-mew |
| Plaintiff, | |
| -against- | **AFFIDAVIT OF SERVICE** |
| SHAHBAZ SHER, | |
| Defendant. | |

---------------------------------------------------------X

STATE OF NEW YORK        )
                         ) ss
COUNTY OF NASSAU         )

Amanda Sanchez, being duly sworn, deposes and says: I am not a party to this action, I am over 18 years of age, and I reside in Greenlawn, New York.

On December 18, 2024 I served the **Summons and Notice of Pretrial Conference in an Adversary Proceeding dated December 18, 2024, with Complaint dated December 17, 2024, with Exhibits,** by depositing a true copy of same in a postage-paid, properly-addressed envelope by First Class Mail, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York as follows:

TO:   Shahbaz Sher                          Peter T. Nguyen, Esq.
      245 Throgsneck Boulevard              Park & Nguyen
      Bronx, NY 10465                       1809 Paulding Avenue, 2nd Floor
                                            Bronx, NY 10462

                                            */s/ Amanda Sanchez*
                                            Amanda Sanchez

Sworn to before me this
18th day of December, 2024.

*/s/ Mark E. Cohen*
Mark E. Cohen
Notary Public – State of New York
No. 02CO4983573
Qualified in Nassau County
Commission Expires September 21, 2025