# EXHIBIT "J"

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Shahbaz Sher                                                                                 Bankruptcy Case No.: 24–11677–mew

Certified Lumber Corporation

                                        Plaintiff(s),

–against–                                                                                             Adversary Proceeding No. 24–04046–mew

Shahbaz Sher

                                        Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Shahbaz Sher |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 2/12/25                                                                                    Vito Genna

*Clerk of the Court*

By: /s/ Mary Lopez

*Deputy Clerk*