# EXHIBIT "K"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re                                                                                          Case No. 24-11677-mew

SHABBAZ SHER,                                                                     Chapter 7

                          Debtor.
----------------------------------------------------------------X
CERTIFIED LUMBER CORPORATION,                             Adv. Pro. No. 24-04046-mew

                          Plaintiff,

        -against-


SHABBAZ SHER,

                          Defendant.
----------------------------------------------------------------X

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

**UPON** Certified Lumber Corporation ("Plaintiff"), the plaintiff in the above-named adversary proceeding (the "Adversary Proceeding"), having commenced this Adversary Proceeding on December 17, 2024, against Shabbaz Sher ("Defendant"), the defendant in the Adversary Proceeding, by filing a Complaint (the "Complaint") seeking entry of a judgment: (i) on Plaintiff's First Cause of Action, entry of a judgment in the amount of $647,036.58, together with interest thereon and a determination that said amount is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A); (ii) on Plaintiff's Second Cause of Action, entry of a judgment in the amount of $647,036.58, together with interest thereon and a determination that said amount is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(B); (iii) on Plaintiff's Third Cause of Action, a determination that Debtor's discharge be denied pursuant to 11 U.S.C. § 727(a)(3); (iv) on Plaintiff's Fourth Cause of Action a determination that Debtor's discharge be denied pursuant to 11 U.S.C. § 727(a)(5); and (v) for such other and further relief as to this Court is fair and

equitable; and

**UPON** Plaintiff having served upon Defendant the Summons and Complaint on December 18, 2024; and

**UPON** Defendant's failure to answer the Complaint or otherwise move with respect to the complaint; and

**UPON** the Clerk of the Court having issued the Entry of Default on February 12, 2025; and

**UPON**, Plaintiff having filed and served the instant motion pursuant to Federal Rule of Civil Procedure 55, as incorporated by Federal Rule of Bankruptcy Procedure 7055, and SDNY LBR 7055-1 and 7055-2, for entry of a default judgment against Defendant (the "Motion"); and

**UPON**, there being no opposition to the Motion having been filed with the Court; and

**UPON**, the Court having determined after due deliberation that sufficient cause exists to grant the Motion, and that Plaintiff is entitled to the relief sought in the Motion, it is hereby

**ORDERED, ADJUDGED, AND DECREED**, that:

1. The Motion shall be and hereby is granted in its entirety; and it is further

2. A judgment shall be entered in favor of Plaintiff and against Defendant:

(a)     On the First Cause of Action against Defendant, pursuant to 11 U.S.C. § 523(a)(2)(A), determining that the debt due and owing from Defendant to Plaintiff, as set forth in the judgment entered by the Supreme Court of the State of New York, County of Kings in favor of Plaintiff against Defendant in the amount of $647,036.58 (the "State Court Judgment"), is non-dischargeable in Debtor's above-captioned Chapter 7 case;

(b)     On the Second Cause of Action against Defendant, pursuant to 11 U.S.C. § 523(a)(2)(B) determining that the debt due and owing from Debtor to Plaintiff, as set forth in

the Judgment in the amount of $647,036.58, is non-dischargeable in Debtor's above-captioned Chapter 7 case;

      (c)      On the Third Cause of Action against Defendant denying Defendant, as the debtor in the above-captioned Chapter 7 case his discharge pursuant to 11 U.S.C. § 727(a)(3); and

      (d)      On the Fourth Cause of Action against Defendant denying Defendant, as the debtor in the above-captioned Chapter 7 case his discharge pursuant to 11 U.S.C. § 727(a)(5).