# EXHIBIT "L"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re                                                    Case No. 24-11677-mew

SHABBAZ SHER,                                            Chapter 7

                    Debtor.
-------------------------------------------------------------X

CERTIFIED LUMBER CORPORATION,                            Adv. Pro. No. 24-04046-mew

                    Plaintiff,

        -against-


SHABBAZ SHER,

                    Defendant.
-------------------------------------------------------------X

## JUDGMENT BY DEFAULT

Default was entered against defendant, Shabbaz Sher ("Defendant"), on April 8, 2025.

Therefore, on the motion of the plaintiff, Certified Lumber Corporation (the "Plaintiff"),

judgment is hereby entered against Defendant in favor of Plaintiff as follows.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      Plaintiff has judgment against Defendant in the above-captioned Adversary

Proceeding as follows:

(a)      On the First Cause of Action against Defendant, pursuant to 11 U.S.C. §

523(a)(2)(A), determining that the debt due and owing from Defendant to Plaintiff, as set forth

in the judgment entered by the Supreme Court of the State of New York, County of Kings in

favor of Plaintiff against Defendant in the amount of $647,036.58 (the "State Court Judgment"),

is non-dischargeable in Debtor's above-captioned Chapter 7 case;

(b)      On the Second Cause of Action against Defendant, pursuant to 11 U.S.C. §

523(a)(2)(B) determining that the debt due and owing from Debtor to Plaintiff, as set forth in

the State Court Judgment in the amount of $647,036.58, is non-dischargeable in Debtor's

above-captioned Chapter 7 case;

      (c)      On the Third Cause of Action against Defendant denying Defendant, as the debtor

in the above-captioned Chapter 7 case, his discharge pursuant to 11 U.S.C. § 727(a)(3); and

      (d)      On the Fourth Cause of Action against Defendant denying Defendant, as the

debtor in the above-captioned Chapter 7, case his discharge pursuant to 11 U.S.C. § 727(a)(5).

      2.      Plaintiff shall have execution thereon.

      3.      Plaintiff shall have all the rights and remedies afforded to a judgment creditor by

law.

      4.      Plaintiff may enforce this Judgment against Defendant as allowed by applicable

law.