UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                                    Case No.: 24-11677-mew

SHAHBAZ SHER,                                                  Chapter 7

                      Debtor.
--------------------------------------------------------X
CERTIFIED LUMBER CORPORATION,

                                                               Adv. Pro. No. 24-04046-mew

                      Plaintiff,

    -against-                                                       **AFFIDAVIT OF SERVICE**

SHAHBAZ SHER,

                      Defendant.
--------------------------------------------------------X

STATE OF NEW YORK    )
                                ) ss
COUNTY OF NASSAU   )

      Deren Bayram, being duly sworn, deposes and says: I am not a party to this action, I am over 18 years of age, and I reside in Port Jefferson Station, New York.

      On March 11, 2025, I served a true copy of the Notice of Motion for Entry of a Default Judgment against Defendant, and Plaintiff's Motion for Entry of a Default Judgment against Defendant, with Exhibits, the Proposed Order and the Proposed Judgment, by depositing a true copy of same in a postage-paid, properly-addressed envelope by First Class Mail, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York as follows:

TO:    Shahbaz Sher
           245 Throgsneck Boulevard
           Bronx, NY 10465

           Peter T. Nguyen, Esq.
           Park & Nguyen
           1809 Paulding Avenue, 2nd Floor
           Bronx, NY 10462

           Gregory M. Messer, Esq.
           Chapter 7 Trustee
           Law Offices of Gregory Messer PLLC
           26 Court Stret, Suite 2400
           Brooklyn, New York 11242

Office of the United States Trustee
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004

                                                */s/ Deren Bayram*
                                                Deren Bayram

Sworn to before me this
11th day of March, 2025.

*/s/ Mark E. Cohen*
Mark E. Cohen
Notary Public – State of New York
No. 02CO4983573
Qualified in Nassau County
Commission Expires September 21, 2025