UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                                                    Case No. 24-11677-mew

SHAHBAZ SHER,                                                               Chapter 7

                               Debtor.
---------------------------------------------------------------x
CERTIFIED LUMBER CORPORATION,

                               Plaintiff,                            Adv. Pro. No. 24-04046-mew

        -against-

SHAHBAZ SHER,

                Defendant.
---------------------------------------------------------------x

## JUDGMENT DECLARING DEBT NON-DISCHARGEABLE

Upon the Complaint by Certified Lumber Corporation ("Certified Lumber"), the plaintiff in the above-captioned adversary proceeding, seeking the entry of judgment declaring that a certain debt owed by Debtor Shahbaz Sher to Certified Lumber is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2) and on other theories; and Certified Lumber having filed proper evidence of the service of the Summons and Complaint; and the Debtor having failed to answer the Complaint or otherwise to move or to appear in response to it; and Certified Lumber having given due and proper notice of its request that the Clerk enter a default; and the Clerk having entered a default on February 12, 2025; and Certified Lumber having then filed a motion, with due and proper notice to the Debtor, seeking the entry of a default judgment; and the Debtor having failed to oppose the entry of a default and having failed to file any opposition to the request for entry of a default judgment; and the matter having come on for hearing before this Court on April 8, 2025; and the Court having determined that the well-pleaded allegations of the Complaint (which the Debtor is deemed to have admitted by failing to appear) establish that the

relevant debt is excepted from discharge pursuant to section 523(a)(2) of the Bankruptcy Code; and for the foregoing reasons and those stated on the record at the Hearing,

**JUDGMENT IS HEREBY ENTERED** against Defendant Shahbaz Sher, and in favor of Plaintiff Certified Lumber, declaring that the debt due and owing from Debtor to Plaintiff pursuant to the judgment entered by the Supreme Court of the State of New York, County of Kings, on September 6, 2022, in favor of Plaintiff against Debtor in the amount of $647,036.58 in the action entitled *Certified Lumber Corporation v. Shahbaz Sher, Shaker Contractors, Corp., Shaker Contracting Corp., and Shaker Construction, Inc.,* Index Number 518810/2022, is non-dischargeable in Debtor's above-captioned Chapter 7 case pursuant to 11 U.S.C. § 523(a)(2)(A), and such judgment debt (and any interest accruing thereon or other charges in respect thereof) has not been, and shall not be, discharged by the Debtor's pending chapter 7 bankruptcy case.

Dated: New York, New York
April 8, 2025

s/Michael E. Wiles
Honorable Michael E. Wiles
United States Bankruptcy Judge